No. 2024-1854

---

# United States Court of Appeals
# for the Federal Circuit

---

**TERRANCE G. MACKEY**
*Claimant-Appellant*

*v.*

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

ON APPEAL FROM THE UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS
IN VET. APP. NO. 22-5693, JUDGE CORAL WONG PIETSCH

---

### NOTICE OF CORRECTION TO CLAIMANT-APPELLANT'S
### <u>OPENING BRIEF AND ADDENDUM</u>

Claimant-Appellant Terrance G. Mackey ("Claimant-Appellant") respectfully files this Notice of Correction delineating the changes made in the Claimant-Appellant's Corrected Opening Brief and Addendum. The only changes made to the Corrected Opening Brief and Addendum are redactions of Personally Identifying Information on pages APPX13 and APPX15-22 of the Addendum.

Dated: September 11, 2024    Respectfully submitted:

*/s/ Justin P.D. Wilcox*
Justin P.D. Wilcox
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901
jwilcox@desmaraisllp.com

*Counsel for Claimant-Appellant*
*Terrance G. Mackey*

## CERTIFICATE OF SERVICE

On September 11, 2024, the undersigned caused the foregoing document to be filed electronically by using the Court's CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the Court's CM/ECF system.

Dated: September 11, 2024

/s/ Justin P.D. Wilcox
Justin P.D. Wilcox
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901
jwilcox@desmaraisllp.com

*Counsel for Claimant-Appellant*
*Terrance G. Mackey*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing notice complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because the filing has been prepared using a proportionally-spaced typeface and includes 48 words, excluding the items listed as exempted by Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), and Fed. Cir. R. 32(b)(2).

This notice complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). The notice has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

Dated: September 11, 2024

*/s/ Justin P.D. Wilcox*
Justin P.D. Wilcox
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20006
Tel: (202) 451-4900
Fax: (202) 451-4901
jwilcox@desmaraisllp.com

*Counsel for Claimant-Appellant*
*Terrance G. Mackey*